## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

    v.

**TIAGO ALEXANDRE SOUSA-MARTINS,**
    **Defendant.**

:
:    **CRIMINAL NO.  26-MJ-0072-CDA**
:
:
:
:
:

*FILED*
*LOGGED*    ENTERED
   RECEIVED

JAN 1 6 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY      DEPUTY

### GOVERNMENT'S MOTION TO UNSEAL

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for

the District of Maryland, Robert I. Goldaris, Assistant United States Attorney for said District,

moves this Honorable Court for an Order unsealing the entire case for the above-captioned case as

the defendant has been arrested.

Respectfully Submitted,

Kelly O. Hayes
United States Attorney

Robert I. Goldaris
Assistant United States Attorney

ORDERED, this **16th** day of January, 2026 that the case be UNSEALED.

Charles D. Austin
United States Magistrate Judge