IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA   *

vs.     *   Case No.   26-MJ-72-CDA

TIAGO ALEXANDRE SOUSA-MARTINS   *

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by  Jessica Sawadogo (AFPD) , and the Government was represented by Assistant United States Attorney  Robert Goldaris , it is

**ORDERED,** this 16th day of January 2026, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Charles D. Austin
United States Magistrate Judge